■ ROBERT E. STEVENS, Respondent, v HELEN S. BROWN, Appellant. (Appeal No. 2.) [671 NYS2d 404] —Appeal unanimously dismissed without costs (see, Smith v Catholic Med. Ctr., 155 AD2d 435; see also, CPLR 5501 [a] [1]). (Appeal from Order of Supreme Court, Oneida County, Buckley, J.—Set Aside Verdict.) Present—Pine, J. P., Wisner, Callahan, Balio and Fallon, JJ.